DOCKET NO. 148

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE REXNORD, INC. CONTRACT - BREACH OF WARRANTY LITIGATION

NOV 20 1973

## ORDER

      The Panel having found from the papers filed and the hearing held October 24, 1973, that coordinated or consolidated pretrial proceedings in the actions listed on Schedule A would not serve the convenience of the parties nor further the just and efficient conduct of the litigation,

      IT IS THEREFORE ORDERED that the motion to transfer the actions on Schedule A pursuant to 28 U.S.C. §1407 be, and the same hereby is, DENIED.

FOR THE PANEL:

Alfred P. Murrah
Chairman

SCHEDULE A                                    DOCKET NO. 148

### SOUTHERN DISTRICT OF TEXAS

Hudson Engineering Corp. v. RexNord, Inc.          Civil Action
(formerly Rex Chain Belt, Inc., Nordberg           No. 73 H 485
Div.)

### EASTERN DISTRICT OF WISCONSIN

Nordberg Division of Rex Chain Belt, Inc.          Civil Action
v. Hudson Engineering Corp.                        No. 72-C-610

### EASTERN DISTRICT OF LOUISIANA

Signal Oil of Louisiana, Inc. v. Rex              Civil Action
Chainbelt Inc., et al.                             No. 72-3131